# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| STEPHANIE MERCIER, et al., | ) | |
| Plaintiffs, | ) ) ) | No. 12-920C |
| v. | ) ) | (Filed: July 10, 2018) |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

The Court has received the parties' joint status report (ECF No. 142) outlining the remaining issues related to their proposed plan for providing notice to potential class members in accordance with Rule 23(c)(2) of the Rules of the Court of Federal Claims. In light of the outstanding issues, the parties shall continue their discussions and provide the Court with an amended proposed plan by **Friday, August 10, 2018**.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge