IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHANIE MERCIER, | ) | |
| AUDRICIA BROOKS, | ) | |
| DEBORAH PLAGEMAN, | ) | |
| JENNIFER ALLRED, and | ) | |
| MICHELE GAVIN, on behalf of | ) | |
| themselves and all others similarly | ) | |
| situated, | ) | Case No. 12-920 C |
| | ) | |
| Plaintiffs, | ) | Judge Elaine D. Kaplan |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT REGARDING SELECTION OF CLASS ADMINISTRATOR**

Pursuant to the parties' joint proposed plan for providing notice to potential class members (ECF No. 147) (joint proposed plan), and the Court's August 22, 2018 Order (ECF No. 149), The parties respectfully submit this Joint Status Report regarding the selection of the class administrator for this matter. The parties advise the Court the class administrator selected for this case is:

> BrownGreer PLC
> 250 Rocketts Way
> Richmond, Virginia 23231
> Main Number: (804) 521-7200
> Fax: (804) 521-7299
> www.browngreer.com

The contact person assigned for this matter is Frank Trani: ftrani@browngreer.com.

In addition, the parties request permission to "flip" the order of Paragraphs 3 and 4 in the Class Opt-In forms. This will first inform the class member the court has certified a class (current Paragraph 4), followed by current Paragraph 3 identifying the Opt-in as a member of the class.

Respectfully submitted,

| | |
|---|---|
| William Michael Hamilton<br>**PROVOST UMPHREY LAW FIRM LLP**<br>4205 Hillsboro Pike, Suite 303<br>Nashville, Tennessee 37215<br>615.297.1932 – phone<br>615.297.1986 – fax<br>mhamilton@provostumphrey.com<br>*Of Counsel for Plaintiffs* | /s/ David M. Cook<br>David M. Cook<br>**COOK & LOGOTHETIS, LLC**<br>30 Garfield Place, Suite 540<br>Cincinnati, Ohio 45202<br>513.287.6980 – phone<br>513.721.1178 – fax<br>dcook@econjustice.com<br>*Attorney of Record for Plaintiffs* |
| Guy Fisher<br>**PROVOST UMPRHEY LAW FIRM LLP**<br>490 Park Street<br>Beaumont, Texas 77701<br>409.203.5030 – phone<br>409.838.8888 – fax<br>gfisher@provostumphrey.com<br>*Of Counsel for Plaintiffs* | Clement L. Tsao<br>**COOK & LOGOTHETIS, LLC**<br>30 Garfield Place, Suite 540<br>Cincinnati, Ohio 45202<br>513.287.6987 – phone<br>513.721.1178 – fax<br>ctsao@econjustice.com<br>*Of Counsel for Plaintiffs* |
| E. Douglas Richards<br>**E. DOUGLAS RICHARDS, PSC**<br>Chevy Chase Plaza<br>836 Euclid Avenue, Suite 321<br>Lexington, Kentucky 40502<br>859.259.4983 – phone<br>866.249.5128 – fax<br>edrichards714@yahoo.com<br>*Of Counsel for Plaintiffs* | Robert H. Stropp, Jr.<br>**MOONEY, GREEN, SAINDON,<br>MURPHY & WELCH, P.C.**<br>1920 L. Street, NW, Suite 400<br>Washington, DC 20036<br>202.783.0010 – phone<br>202.783.6088 – fax<br>rstropp@hotmail.com<br>*Of Counsel for Plaintiffs* |

|  |  |
|---|---|
|  | CHAD A. READLER<br>Acting Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/ Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director |
| JESSICA R. TOPLIN<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice | s/ Alexis J. Echols<br>ALEXIS J. ECHOLS<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-0463<br>Fax: (202) 307-2503 |
|  | Attorneys for Defendant |

August 24, 2018

## CERTIFICATE OF SERVICE

    I hereby certify that on August 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for all parties.

                                        /s/ David M. Cook
                                        David M. Cook
                                        *Attorney of Record for Plaintiffs*