# In the United States Court of Federal Claims

|  |  |
|---|---|
| STEPHANIE MERCIER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 12-920C |
| v. ) | |
| ) | (Filed: November 29, 2018) |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

As discussed during the status conference held on this date, the parties shall jointly file a proposed scheduling order for further proceedings in this case by **February 1, 2019**.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge