| Row | Class Member ID | Last Name | First Name | VISN | VA Facility | City | State | Classification | Date Filed | Docket # | Opt-In Form Received by BG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 103180268 | Burdine | Jan | 9 | Lexington VAMC | Lexington | KY | NP | 7/28/2015 | 34-3 | No |
| 2. | 104205398 | Bixler | Stephanie | 10 | Chillicothe VAMC | | | NP | 12/13/2016 | 91-7 | No |
| 3. | 112307625 | Dobbs | Robin | 16 | Central Arkansas Veterans Healthcare System | Little Rock | AR | NP | 6/14/2016 | 73-5 | No |
| 4. | 114956029 | Lakeland | Violet | 20 | Portland VA Medical Center | Portland | OR | NP | 7/6/2018 | 141-1 | No |
| 5. | 116058848 | Cole | Carolyn | 20 | VA Puget Sound Healthcare System(Seattle Division) | Seattle | WA | NP | 6/14/2016 | 72-10 | No |
| 6. | 121559753 | Kuo | Elizabeth | 16 | Michael E. DeBakey VAMC | Pearland | TX | PA | 5/17/2016 | 69-2 | No |
| 7. | 122619776 | Hansen Henderson | Marie | 22 | VA Greater Los Angeles Healthcare System (GLA)(Santa Barbara CBOC) | Santa Barbara | CA | NP | 6/14/2016 | 74-5 | No |
| 8. | 126087444 | Henson | Elaine | 22 | VA San Diego Healthcare System | La Jolla | CA | ANP | 12/13/2016 | 94-3 | No |
| 9. | 133672786 | Conklin | Mary | 21 | San Francisco VAMC(Santa Rosa CBOC)(Ukiah CBOC) | Healdsburg | CA | NP | 10/14/2015 | 49-5 | No |
| 10. | 135078214 | Campbell | Karen | 4 | VA Pittsburgh Healthcare System(University Drive Campus) | Tarentum | PA | NP | 7/29/2016 | 78-5 | No |
| 11. | 143139698 | Burroughs | Scot | 23 | Iowa City VAMC | Iowa City | IA | PA | 5/17/2016 | 68-4 | No |
| 12. | 144937614 | Harris-Cobbinah | Deborah | 2 | VA NY Harbor Healthcare System (Manhattan) | Bronx | NY | NP | 7/28/2015 | 34-8 | No |
| 13. | 145554695 | King | Loretta | 15 | St. Louis VAMC | St. Charles | MO | NP | 6/14/2016 | 74-9 | No |
| 14. | 156722900 | Sensing | Janice | 9 | Tennessee Valley Healthcare System(Nashville Campus) | Nashville | TN | NP | 7/28/2015 | 36-8 | No |
| 15. | 157696858 | Calhoun | Theresa | 7 | Atlanta VA Medical Center | Madison | AL | NP | 7/6/2018 | 140-1 | No |
| 16. | 164441992 | Mabry | Sandra | 5 | Martinsburg VAMC | Front Royal | VA | FNP | 7/28/2015 | 35-8 | No |
| 17. | 174304665 | Simmons | Stephanie | 16 | Southern Louisiana Veterans Healthcare System;Michael E. DeBakey VAMC | New Orleans | LA | PA | 5/17/2016 | 70-6 | No |
| 18. | 175917285 | Skelley | David | 4 | Altoona VAMC | Altoona | PA | PA | 1/8/2016 | 63-1 | No |
| 19. | 177068958 | Britt | Laura | 10 | Louis Stokes VAMC | Shelby | OH | NP | 7/28/2015 | 34-2 | No |
| 20. | 178227723 | Poulter | Diane | 19 | VA Eastern Colorado Healthcare System (ECHCS) | Littleton | CO | NP | 10/30/2017 | 123-1 | No |
| 21. | 178861409 | Pollard | Stephanie | 4 | VA Pittsburgh Healthcare System(University Drive Campus) | Murrysville | PA | NP | 7/29/2016 | 79-9 | No |
| 22. | 183697542 | Baron | Neil | 8 | Miami VAMC | Miami | FL | ANP | 10/14/2015 | 49-2 | No |
| 23. | 184024186 | Hahn | Karin | 17 | West Texas VA Health Care System | Fort Stockton | TX | FNP | 12/13/2016 | 94-1 | No |
| 24. | 188505452 | Wilde | Jennifer | 21 | VA Southern Nevada Healthcare System | Las Vegas | NV | NP | 5/17/2016 | 70-10 | No |
| 25. | 192731097 | Caplan | Deborah | 10 | John D. Dingell VA Medical Center | Ann Arbor | MI | NP | 7/17/2018 | 145-1 | No |
| 26. | 199540036 | Melichar | Maria | 23 | Minneapolis VAMC | Mayer | MN | NP | 6/14/2016 | 75-7 | No |
| 27. | 199975240 | Wallace | Suzanne | 12 | William S. Middleton Veterans Hospital | Madison | WI | NP | 1/8/2016 | 63-4 | No |
| 28. | 217153343 | Prendes | Barbara | 8 | James A. Haley Veterans' Hospital | Tampa | FL | ACNP | 7/28/2015 | 36-4 | No |
| 29. | 217584498 | Evans | Gerrie | 19 | Cheyenne VAMC | Cheyenne | WY | FNP | 9/9/2016 | 84-6 | No |
| 30. | 220790266 | Garrett | Alisa | 22 | VA Loma Linda Healthcare System | Loma Linda | CA | NP | 12/13/2016 | 93-6 | No |
| 31. | 222757512 | Price | Kim | 15 | St. Louis VAMC | St. Louis | MO | PA | 5/17/2016 | 70-1 | No |
| 32. | 225114412 | Hiatt | Audrey Mae | 23 | VA Central IA Healthcare System | Polk City | IA | NP | 4/13/2018 | 134-1 | No |
| 33. | 225604895 | Ravetti | Linda | 21 | San Francisco VAMC(Eureka CBOC) | Blue Lake | CA | NP | 7/29/2016 | 79-10 | No |
| 34. | 230819283 | Nguyen | Haris | 16 | Michael E. DeBakey VAMC | Hoston | TX | PA | 6/14/2016 | 75-9 | No |
| 35. | 236801910 | Jenkins | LaKeysha | 6 | Hampton VAMC | Newport News | VA | NP | 12/13/2016 | 95-1 | No |
| 36. | 236997692 | Punla | Grace | 2 | VA NY Harbor Healthcare System (Manhattan) | Upper Saddle River | NJ | ANP | 5/17/2016 | 70-2 | No |
| 37. | 237699882 | Hawkins | Terrez | 6 | Washington DC VAMC | Baltimore | MD | NP | 6/15/2018 | 139-1 | No |
| 38. | 238224993 | Adams | Bobbie | 9 | Lexington VAMC | Richmond | KY | NP | 5/17/2016 | 68-1 | No |
| 39. | 240963655 | Ford | Belinda | 7 | Wm. Jennings Bryan Dorn VAMC (VISN #7);Harry S. Truman Veterans Hosp | Houston----------------------Colu | TX⊟----SC | NP | 5/10/2017 | 105-5 | No |
| 40. | 250928196 | Amundson | Jan | 23 | VA Nebraska-Western Iowa Healthcare System(Grand Island CBOC) | Grand Island | NE | NP | 9/9/2016 | 84-1 | No |
| 41. | 251954191 | Lawrence | Patricia | 19 | VA Eastern Colorado Healthcare System (ECHCS)(Pueblo Outpatient Clinic) | Lincoln City | OR | NP | 7/29/2016 | 79-5 | No |
| 42. | 253153937 | Cates | Samra | 15 | Kansas City VAMC | Overland Park | KS | NP | 12/13/2016 | 91-9 | No |
| 43. | 254850794 | Beede | Linda Lou | 19 | Cheyenne VAMC | Loveland | CO | NP | 12/13/2016 | 91-6 | No |
| 44. | 272456518 | Sweeney | Denise | 21 | San Francisco VAMC(Eureka CBOC) | Coeur d 'Alene | ID | NP | 7/29/2016 | 80-3 | No |
| 45. | 272729693 | Diaz-Caturan | Ma Visimee | 12 | Edward Hines Jr. VA Hospital | Hoffman Estates | IL | ANP | 10/14/2015 | 49-6 | No |
| 46. | 278039022 | Newmyer | Martha | 4 | VA Pittsburgh Healthcare System(University Drive Campus) | Murrysville | PA | FNP | 12/13/2016 | 99-9 | No |
| 47. | 279417689 | Smiley-Delahanty | Verneice | 2 | ROPC - VA (Rochester VA Outpatient Clinic); Canandaigua VA Medical Cent | Brockport | NY | PA | 11/20/2017 | 124-1 | No |
| 48. | 280239356 | Jakala | Karen | 23 | Minneapolis VAMC | Dayton | MN | NP | 9/9/2016 | 84-10 | No |
| 49. | 281131031 | Schamel | Patrick | 2 | Bath VA Medical Center | Bradford | NY | PA | 7/6/2018 | 141-1 | No |
| 50. | 281276009 | Gavin | Michele | 10 | Louis Stokes VAMC(Canton Outpatient Clinic)(New Philadelphia CBOC)(Parn | North Royalton | OH | PA-C | 10/14/2015 | 49-10 | No |
| 51. | 282362165 | Fisher-Griffis | JanMarie | 7 | Atlanta VAMC;Sam Rayburn Memorial Veterans Center | Tucker | GA | NP | 1/8/2016 | 62-5 | No |
| 52. | 285436203 | Riedinger | Toby | 22 | VA Greater Los Angeles Healthcare System (GLA)(Santa Barbara CBOC) | Santa Barbara | CA | NP | 9/9/2016 | 86-2 | No |
| 53. | 286460397 | Conway | Roxanne | 2 | Bath VA Medical Center | Wellsville | NY | NP | 7/6/2018 | 140-1 | No |
| 54. | 289390118 | Broughton | Eve | 22 | Southern Arizona VA Healthcare System | Tucson | AZ | CNS | 6/14/2016 | 72-7 | No |
| 55. | 291640116 | Rodgers | Susan | 6 | Durham VA Medical Center | Apex | NC | ACNP-BC | 10/30/2017 | 123-1 | No |
| 56. | 292404650 | Parillo | Valerie | 22 | VA Greater Los Angeles Healthcare System (GLA)(San Luis Obispo CBOC) | Los Osos | CA | NP | 7/29/2016 | 79-8 | No |
| 57. | 292937555 | Carter | Angelo | 17 | North Texas Health Care System;Dallas VAMC(Fort Worth Outpatient Clinic | Arlington | TX | PA | 5/10/2017 | 105-2 | No |
| 58. | 301450807 | Tully | Virginia | 2 | Bath VA Medical Center | Branchport | NY | NP | 7/6/2018 | 141-1 | No |
| 59. | 314126160 | Turner | Karen | 10 | Dayton VA Medical Center | Xenia | OH | NP | 10/30/2017 | 123-1 | No |
| 60. | 330041493 | Patz | William | 22 | New Mexico VA Healthcare System(Raymond G. Murphy VAMC) | Albuquerque | NM | PA | 12/13/2016 | 97-4 | No |
| 61. | 337693811 | Fitzpatrick | Ann-Marie | 2 | Bath VA Medical Center | Elmira | NY | NP | 7/6/2018 | 140-1 | No |
| 62. | 355866253 | Crawford | Mary Ann | 10 | Indianapolis VAMC | West Indianapolis | IN | NP | 6/14/2016 | 73-3 | No |
| 63. | 356817227 | Dickinson | Lois | 15 | Kansas City VAMC | Greenwood | MO | NP | 12/13/2016 | 92-7 | No |
| 64. | 358960439 | Finical | Jean | 16 | Fayetteville VAMC;Veterans Healthcare System of Ozarks (VHSO) | Fayetteville | AR | CNS (APN) | 10/30/2017 | 123-1 | No |
| 65. | 369949493 | Hinson | Christy | 6 | Durham VA Medical Center | Grimesland | NC | NP | 10/30/2017 | 123-1 | No |
| 66. | 373866575 | Sulton | Linda | 17 | North Texas Health Care System;Dallas VAMC | Arlington | TX | NP | 5/10/2017 | 106-4 | No |
| 67. | 378188701 | McNalty | Marilyn | 6 | Hunter Holmes McGuire VA Medical Center | Richmond | VA | NP | 7/6/2018 | 141-1 | No |
| 68. | 386319365 | Rosser | Ellen | 23 | Minneapolis VAMC | Richfield | MN | NP | 8/16/2018 | 148-1 | No |
| 69. | 388337409 | Puleo, Jr. | Frederick | 20 | VA Portland Health Care System (Portland VA Medical Center) | Portland | OR | NP | 7/6/2018 | 141-1 | No |

| Row | Class Member ID | Last Name | First Name | VISN | VA Facility | City | State | Classification | Date Filed | Docket # | Opt-In Form Received by BG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70. | 389598590 | Prouhet | Rosa | 15 | St. Louis VAMC | O'Fallon | IL | NP | 12/13/2016 | 97-7 | No |
| 71. | 392554374 | Lee | Vanessa | 22 | VA Long Beach Healthcare System | Long Beach | CA | ANP | 6/14/2016 | 75-4 | No |
| 72. | 392989183 | Potter | Cynthia | 10 | Louis Stokes VAMC | Olmsted Falls | OH | ANP | 7/28/2015 | 36-3 | No |
| 73. | 394267289 | Edwards | Tamiah | 10 | VA Ann Arbor Healthcare System | Ypsilanti | MI | NP | 7/17/2018 | 145-1 | No |
| 74. | 415787234 | Veschio | Ellen | 4 | VA Pittsburgh Healthcare System(University Drive Campus) | Clairton | PA | NP | 7/29/2016 | 80-6 | No |
| 75. | 418253425 | Wolf | Suzanne | 1 | VA Central Western Massachusetts Healthcare System | Daniel Island | SC | NP | 7/29/2016 | 80-10 | No |
| 76. | 423057889 | Ozturk | Saduman | 17 | North Texas Health Care SystemDallas VAMC(Tyler VA Primary Care Clinic | Irving | TX | PA | 12/13/2016 | 96-10 | No |
| 77. | 439384689 | Williams | Robert | 6 | Salisbury VAMC | Salisbury | NC | PA | 10/14/2015 | 53-7 | No |
| 78. | 440323851 | Verbanic | Carolyn | 4 | VA Pittsburgh Healthcare System | Aspinwall | PA | NP | 7/29/2016 | 80-5 | No |
| 79. | 441731846 | Burrows | Margo Mae | 22 | Southern Arizona VA Healthcare System;Cheyenne VAMC (VISN #20);Rose | Tucson | AZ | FNP | 9/9/2016 | 84-3 | No |
| 80. | 441996195 | Johnston | Susan | 17 | Central Texas Veterans Health Care System | Belton | TX | FNP | 12/13/2016 | 95-2 | No |
| 81. | 445127689 | Poppelaars | Victoria | 16 | Michael E. DeBakey VAMC | Pearland | TX | PA | 5/17/2016 | 69-10 | No |
| 82. | 447759681 | Matthews | Phyllis | 19 | Denver VA Medical Center | Aurora | CO | NP | 10/30/2017 | 123-1 | No |
| 83. | 450197662 | Bissette | Susan | 7 | Ralph H. Johnson VAMC | Charleston | SC | NP | 7/29/2016 | 78-3 | No |
| 84. | 457177826 | Machuga | Maryann | 7 | Charlie Norwood VAMC | Evans | GA | PA | 12/13/2016 | 95-10 | No |
| 85. | 467654389 | Sluder | Katherine | 19 | Denver VA Medical Center | Denver | CO | NP | 10/30/2017 | 123-1 | No |
| 86. | 477631607 | Little | Gerald | 20 | Puget Sound VA | Thorton | CO | NP | 8/23/2018 | 150-1 | No |
| 87. | 478402949 | Mayne | Sharon | 7 | Atlanta VAMC | Conyers | GA | NP | 1/8/2016 | 62-8 | No |
| 88. | 480493099 | Effron | Helen | 21 | San Francisco VAMC(Santa Rosa CBOC) | Santa Rosa | CA | NP | 7/28/2015 | 34-7 | No |
| 89. | 480751475 | Pollis | Kimberly | 6 | Durham VA Medical Center | Durham | NC | NP | 10/30/2017 | 123-1 | No |
| 90. | 481451145 | Lewis | Susan | 1 | White River Junction VAMC | Burlington | VT | PA | 12/13/2016 | 95-8 | No |
| 91. | 484607040 | Sykes | Pamela | 12 | Lovell Federal Health Care Center | Maineville | OH | ANP | 10/14/2015 | 52-9 | No |
| 92. | 485255348 | Murray | Tonya | 2 | Canandaigua VAMC | Avon | NY | NP | 10/14/2015 | 51-8 | No |
| 93. | 489304365 | Rodenberg | Nancy | 15 | St. Louis VAMC(Jefferson Barracks Division) | Fults | IL | NP | 7/29/2016 | 80-2 | No |
| 94. | 504992577 | Plageman | Deborah | 2 | VA NY Harbor Healthcare System (Manhattan);VA NY Harbor Healthcare Sy | Guttenberg | NJ | ANP | 7/28/2015 | 36-2 | No |
| 95. | 509054705 | Metellus | Magalie | 8 | Miami VAMC | Pembroke Pines | FL | NP | 10/14/2015 | 51-6 | No |
| 96. | 512929560 | Dieterle | Deborah | 2 | Bath VA Medical Center | Elmira | NY | NP | 7/6/2018 | 140-1 | No |
| 97. | 513461217 | McClung | Mark | 5 | Beckley VAMC | Oak Hill | WV | FNP | 12/13/2016 | 96-2 | No |
| 98. | 513641181 | Sammons | Kimberly | 5 | Huntington VAMC | Chesapeake | OH | NP | 10/14/2015 | 52-5 | No |
| 99. | 520626006 | Alexander-Ledbetter | Rosemary | 15 | St. Louis VAMC(John Cochran Division) | Olive Branch | MO | PA | 6/14/2016 | 72-2 | No |
| 100. | 525132171 | Rowe | Susan | 8 | North Florida/South Georgia Veterans Health System (Lake City VA Medica | Old Town | FL | NP | 7/6/2018 | 141-1 | No |
| 101. | 530688445 | Lee | Jean | 15 | Kansas City VAMC | Leavenworth | KS | NP | 12/13/2016 | 95-7 | No |
| 102. | 536702014 | Maddox | Allison | 7 | Tuscaloosa VA Medical Center | Tuscaloosa | AL | NP | 6/15/2018 | 139-1 | No |
| 103. | 536872484 | Rust | Jackie | 23 | Minneapolis VAMC | Eagan | MN | NP | 12/13/2016 | 98-1 | No |
| 104. | 537196706 | Oberbroeckling | Joanna | 23 | Iowa City VAMC(Bettendorf CBOC) | Davenport | IA | NP | 6/14/2016 | 75-10 | No |
| 105. | 538491107 | Kmetz | Bridget | 6 | Hunter Holmes McGuire VAMC | Mechanicsville | VA | NP | 9/9/2016 | 85-5 | No |
| 106. | 539963382 | Newman | Ann | 2 | Bath VA Medical Center | Campbell | NY | NP | 7/6/2018 | 141-1 | No |
| 107. | 544162089 | Cook | Lorna | 22 | Southern Arizona VA Healthcare System(Sierra Vista CBOC) | Sierra Vista | AZ | NP | 6/14/2016 | 73-1 | No |
| 108. | 547350166 | Willis | Patricia | 15 | St. Louis VAMC | St. Louis | MO | NP | 5/17/2016 | 70-9 | No |
| 109. | 547711837 | Klingerman | Lori | 4 | VA Pittsburgh Healthcare System(University Drive Campus) | Kittanning | PA | NP | 7/29/2016 | 79-4 | No |
| 110. | 548521359 | Breslin | Mary | 10 | Cincinnati VAMC | Cincinnati | OH | ANP | 1/8/2016 | 62-3 | No |
| 111. | 569561435 | Maltese | Anne | 22 | Southern Arizona VA Healthcare SystemEl Paso VAMC (VISN #17)  (7/9/20 | Las Cruces | NM | NP | 6/14/2016 | 75-5 | No |
| 112. | 582054293 | Corbin | Debra | 6 | Hunter Holmes McGuire VAMC | Hampton | VA | NP | 9/9/2016 | 84-5 | No |
| 113. | 595291342 | McClure | Kathleen | 6 | Salisbury VAMC(Charlotte CBOC) | Cornelius | NC | PA | 10/14/2015 | 51-5 | No |
| 114. | 599314825 | Nerviano | Joan | 4 | Lebanon VAMC (Camp Hill CBOC) | Cedar Hill | TX | PA-C | 6/15/2018 | 139-1 | No |
| 115. | 604491630 | Brooks | Audricia | 10 | | Cincinnati | OH | | 12/28/2012 | NA | No |
| 116. | 610108887 | McPartlin | Daniel | 6 | Hunter Holmes McGuire VAMC | Chesterfield | VA | PA | 12/13/2016 | 96-5 | No |
| 117. | 610556101 | Broderick | Colleen Ruth | 22 | Southern Arizona VA Healthcare System(Safford CBOC) | Eureka | CA | NP | 6/14/2016 | 72-6 | No |
| 118. | 622982734 | Keys | Peggy | 22 | VA Greater Los Angeles Healthcare System (GLA) | Los Angeles | CA | PA | 7/29/2016 | 79-3 | No |
| 119. | 635483365 | Sadowski-Leist | Denise | 10 | Cincinnati VAMC | Evendale | OH | ACNP | 10/14/2015 | 52-4 | No |
| 120. | 638321425 | Welch | Todd | 17 | Central Texas VA Health Care System(Olin E. Teague VAMC)Southern Arizo | Lackland AFB | TX | PA | 6/14/2016 | 77-9 | No |
| 121. | 645361371 | MacDonald | Frank | 2 | Canandaigua VAMC | Hammondsport | NY | PA | 5/17/2016 | 69-4 | No |
| 122. | 645361371 | MacDonald | Frank | 2 | Bath VA Medical Center | Hammond | NY | PA | 7/6/2018 | 141-1 | No |
| 123. | 646850266 | Alleyne | Shirley | 8 | Miami VAMC | Davie | FL | NP | 1/8/2016 | 62-1 | No |
| 124. | 647510238 | Miller | Matthew | 16 | Michael E. DeBakey VAMC | Katy | TX | PA | 9/9/2016 | 85-9 | No |
| 125. | 648021747 | Snover | Sharon | 4 | VA Pittsburgh Healthcare System | Allison Park | PA | ANP | 5/17/2016 | 70-7 | No |
| 126. | 648367012 | Buckley | Mary | 19 | Denver VA Medical Center | Denver | CO | NP | 10/30/2017 | 123-1 | No |
| 127. | 651727471 | Stevens-Castano | Arlette | 22 | Southern Arizona VA Healthcare System | Tucson | AZ | ANP | 6/14/2016 | 77-1 | No |
| 128. | 655511961 | Elkins | April | 22 | Southern Arizona VA Healthcare System | Vail | AZ | NP | 6/14/2016 | 73-7 | No |
| 129. | 659229739 | Vlam | Deborah | 17 | Doris Miller VAMC | McDade | TX | NP | 12/13/2016 | 98-7 | No |
| 130. | 659702109 | Komperda | Maureen | 12 | Edward Hines Jr. VA Hospital (2003-present)Jesse Brown VAMC -- Lakeside | Elmhurst | IL | NP | 10/14/2015 | 50-6 | No |
| 131. | 660076469 | Fraumeni | Lindsey | 22 | VA Greater Los Angeles Healthcare System (GLA) | Hawthorne | CA | NP | 6/14/2016 | 73-10 | No |
| 132. | 660768899 | Cobb | Kathleen | 10 | John D. Dingell VAMC | Westland | MI | DNP | 12/13/2016 | 92-3 | No |
| 133. | 661775828 | Carrel | Jerry | 14 | VA Medical Center Oklahoma City | Moore | OK | PA | 7/6/2018 | 140-1 | No |
| 134. | 662232923 | Hinrichs | Laurie | 23 | VA Central Iowa | Urbandale | IA | PA | 10/30/2017 | 123-1 | No |
| 135. | 664982674 | Chang | Tommy | 17 | West Texas VA Health Care System | Big Spring | TX | NP | 12/13/2016 | 92-1 | No |
| 136. | 665749041 | Vaden-Karn | Sharon | 20 | Mann-Grandstaff VAMC/Spokane VAMC | Salem | OR | NP | 7/28/2015 | 36-10 | No |
| 137. | 666464415 | Davis | Heather | 16 | Michael E. DeBakey VAMC | Houston | TX | PA | 5/17/2016 | 68-7 | No |
| 138. | 685999174 | Bailey | Devin | 6 | Hampton VAMC | Newport News | VA | FNP | 12/13/2016 | 91-2 | No |

| Row | Class Member ID | Last Name | First Name | VISN | VA Facility | City | State | Classification | Date Filed | Docket # | Opt-In Form Received by BG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 139. | 687991074 | Striplin | Pamela | 17 | Houston VAMC | RIchmond | TX | NP | 10/30/2017 | 123-1 | No |
| 140. | 688085299 | DeMoisey | Jan | 10 | Cincinnati VAMC | Newport | KY | NP | 1/8/2016 | 62-4 | No |
| 141. | 691733951 | Antoine | Marie-Essie | 8 | Miami VAMC | Pembroke Pines | FL | FNP | 10/14/2015 | 49-1 | No |
| 142. | 692836217 | Sharrah | Karen | 22 | Southern Arizona VA Healthcare System | Tucson | AZ | NP | 6/14/2016 | 76-8 | No |
| 143. | 695888167 | Mercier | Stephanie | 9 |  | Nicholsville | KY |  | 12/28/2012 | NA | No |
| 144. | 699123013 | Sinuk | Paul | 22 | VA Greater Los Angeles Healthcare System (GLA)(West LA VAMC) | Los Angeles | CA | NP | 6/14/2016 | 76-10 | No |
| 145. | 702650206 | Lang | David | 6 | Greenville, NC HCC | Greenville | NC | PA | 10/30/2017 | 123-1 | No |
| 146. | 714042017 | Brabant | Karen | 22 | VA Loma Linda Healthcare System | Canyon Lake | CA | NP | 5/10/2017 | 105-1 | No |
| 147. | 718241291 | Duncan | Laura | 10 | Dayton VA Medical Center | Dayton | OH | NP | 10/30/2017 | 123-1 | No |
| 148. | 722924166 | Muth | Mary | 20 | VA Puget Sound Healthcare System(American Lake Division) | Tacoma | WA | PA | 12/13/2016 | 96-8 | No |
| 149. | 728317445 | Lorth-Kennedy | Phirin | 10 | Cincinnati VAMC | Cincinnati | OH | NP | 7/28/2015 | 35-7 | No |
| 150. | 735829414 | Deringer | Regina | 22 | Phoenix VA Health Care System (present);Southern Arizona VA Healthcare | Scottsdale | AZ | NP | 6/14/2016 | 73-4 | No |
| 151. | 738655607 | Walston | Jane | 16 | Michael E. DeBakey VAMC(Beaumont VA Outpatient Clinic) | Beaumont | TX | PA | 9/9/2016 | 86-6 | No |
| 152. | 740760933 | First | Sandy | 22 | VA Long Beach Healthcare System | Long Beach | CA | NP | 6/14/2016 | 73-8 | No |
| 153. | 745687386 | Kendall | Connie | 10 | Dayton VAMC | Springfield | OH | CNS | 7/28/2015 | 35-3 | No |
| 154. | 745991584 | Stuart | Catherine | 6 | Hampton VAMC | Marshall | VA | NP/CNS | 12/13/2016 | 98-4 | No |
| 155. | 746982538 | Moore | Teresa | 17 | North Texas Health Care SystemDallas VAMC | Rockwall | TX | PA | 12/13/2016 | 96-7 | No |
| 156. | 750855212 | Price | La Chune | 22 | VA Greater Los Angeles Healthcare System (GLA)(West LA VAMC) | Inglewood | CA | PA | 6/14/2016 | 76-3 | No |
| 157. | 753740166 | Penn | Guy | 22 | Southern Arizona VA Healthcare System | Tucson | AZ | PA | 6/14/2016 | 76-1 | No |
| 158. | 756327670 | McCauley | Robin | 17 | North Texas Health Care SystemDallas VAMC(Fort Worth Outpatient Clinic | Grapevine | TX | NP | 5/10/2017 | 106-1 | No |
| 159. | 760794075 | Leuschen | Carla | 9 | Tennessee Valley Healthcare System(Alvin C. York Campus) | Gallatin | TN | FNP/CNS | 10/14/2015 | 50-10 | No |
| 160. | 765031543 | Sima | Matthew | 8 | West Palm Beach VAMC(Viera Outpatient Clinic) | Cocoa Beach | FL | PA | 1/8/2016 | 62-10 | No |
| 161. | 768389221 | Eastman | Julie | 23 | Iowa City VAMC | Iowa City | IA | PA | 12/13/2016 | 92-10 | No |
| 162. | 772739909 | Chang | Ann | 17 | West Texas VA Health Care System | Big Spring | TX | NP | 12/13/2016 | 91-10 | No |
| 163. | 773458889 | Lewis | Donna | 7 | Atlanta VAMC | Durham | NC | NP | 10/14/2015 | 51-1 | No |
| 164. | 773725257 | Zakaria | Shirley | 22 | VA Greater Los Angeles Healthcare System (GLA) | Moorpark | CA | NP | 6/14/2016 | 77-10 | No |
| 165. | 774126417 | Royal | Linda | 7 | Atlanta VAMC | Conyers | GA | NP | 10/14/2015 | 52-2 | No |
| 166. | 774215167 | Stolarczyk | Rene | 12 | Jesse Brown VA Hospital | Chicago | IL | NP | 6/15/2018 | 139-1 | No |
| 167. | 778843869 | Kortan | Mary | 10 | Louis Stokes VAMC | Cleveland | OH | PA | 10/14/2015 | 50-7 | No |
| 168. | 782343007 | Corbett | Ruth | 15 | Kansas City VAMC | Prairie Village | KS | CNS | 12/13/2016 | 92-4 | No |
| 169. | 784901956 | Reese | Kelly | 7 | Wm. Jennings Bryan Dorn VAMC | Lexington | SC | NP | 7/29/2016 | 80-1 | No |
| 170. | 785082126 | Korlekar | Sheri | 22 | VA Greater Los Angeles Healthcare System (GLA) | Culver City | CA | NP | 6/14/2016 | 75-1 | No |
| 171. | 804362263 | Mendez | Juan | 23 | Iowa City VAMC | Iowa City | IA | PA | 6/14/2016 | 75-8 | No |
| 172. | 805382962 | Perkins | Lori | 5 | Huntington VAMC | Columbus | OH | NP | 7/28/2015 | 36-1 | No |
| 173. | 807467892 | Bartlett | Nancy | 21 | San Francisco VAMC | Pacifica | CA | NP | 7/28/2015 | 34-1 | No |
| 174. | 810340150 | Mullen | John | 16 | Michael E. DeBakey VAMC;(Charles Wilson VA Outpatient Clinic/CBOC) | Lufkin | TX | PA | 5/17/2016 | 69-8 | No |
| 175. | 811018061 | Renfrow | Trent | 16 | Michael E. DeBakey VAMC(Katy CBOC) | Katy | TX | PA | 5/17/2016 | 70-3 | No |
| 176. | 814027559 | Fallis | Barabara | 9 | Louisville VAMC | Pleasureville | KY | NP | 8/23/2018 | 150-1 | No |
| 177. | 818904551 | Ferguson | Marjorie | 10 | Aleda E. Lutz VAMC (Saginaw, MI) | Bancroft | MI | NP | 12/13/2016 | 93-3 | No |
| 178. | 829195154 | Fye | Shirley | 4 | Altoona VAMC(State College CBOC) | State College | PA | PA | 10/14/2015 | 49-8 | No |
| 179. | 839219745 | McKalip-Ballard | Cynthia | 10 | Dayton VA Medical Center | Beavercreek | OH | CNS | 6/15/2018 | 139-1 | No |
| 180. | 843217128 | Coogan | Judith | 6 | Greenville, NC HCC | Winterville | NC | FNP | 10/30/2017 | 123-1 | No |
| 181. | 849943667 | Freeman | Susan | 16 | Central Arkansas Veterans Healthcare System | North Little Rock | AR | NP | 5/17/2016 | 68-10 | No |
| 182. | 850982050 | Stephens | Jamey | 21 | VA Southern Nevada Healthcare System | Las Vegas | NV | FNP | 5/10/2017 | 106-3 | No |
| 183. | 854875990 | Ward | Mary | 16 | Alexandria VA Health Care System | Alexandria | LA | NP | 12/13/2016 | 98-9 | No |
| 184. | 855489748 | King | Lisa | 10 | Louis Stokes VAMC | Bellville | OH | NP | 7/28/2015 | 35-4 | No |
| 185. | 856194494 | Gialle | Karen | 22 | Southern Arizona VA Healthcare System | Oro Valley | AZ | FNP | 6/14/2016 | 74-1 | No |
| 186. | 856444467 | Walker | John | 2 | Syracuse VAMC(Rome CBOC) | Las Vegas | NV | PA | 6/14/2016 | 77-8 | No |
| 187. | 858583541 | Hogan | Dana | 15 | Eastern Kansas Health Care System(Colmery O-Neil VAMC) | Topeka | KS | NP | 12/13/2016 | 94-6 | No |
| 188. | 863902091 | Thomas | LaDonna | 6 | Durham VA Medical Center | Raleigh | NC | NP | 10/30/2017 | 123-1 | No |
| 189. | 868273182 | Baker | Deborah Wentz | 6 | Asheville/Charles George VAMC;Cheyenne VAMC (VISN #19) | Fletcher | NC | NP | 12/13/2016 | 91-3 | No |
| 190. | 868780785 | Jandron | Cindy | 10 | Battle Creek VAMC | Muskegon | MI | NP | 9/9/2016 | 85-1 | No |
| 191. | 869886935 | Schivachi-Williams | Veronica | 10 | John D. Dingell VA Medical Center | Novi | MI | NP | 7/6/2018 | 141-1 | No |
| 192. | 871530716 | Tedrick | Rory | 4 | Wilmington VAMC | Downington | PA | NP | 12/13/2016 | 98-5 | No |
| 193. | 875969092 | Hegermiller-Smith | Barbara | 6 | Durham VA Medical Center | Raleigh | NC | NP | 10/30/2017 | 123-1 | No |
| 194. | 876164795 | Hennessy | Kevin | 2 | Buffalo VAMC | East Amherst | NY | ANP | 7/28/2015 | 34-9 | No |
| 195. | 878713281 | Allred | Jennifer | 20 | Roseburg VAMC;White City VAMC | Coos Bay | OR | NP | 1/8/2016 | 62-2 | No |
| 196. | 879457425 | Schiesl | Linda | 12 | Milwaukee VAMC(Appleton CBOC) | Appleton | WI | FNP | 12/13/2016 | 99-8 | No |
| 197. | 880161376 | Gartner | Carolyn | 5 | Martinsburg VAMC | Winchester | VA | PA | 5/10/2017 | 105-6 | No |
| 198. | 896384191 | Steffe | Jerome | 8 | Miami VAMC | Margate | FL | NP | 10/30/2017 | 123-1 | No |
| 199. | 896515677 | Schwartz | Karen | 10 | John D. Dingell VA Medical Center | Birmingham | MI | NP | 7/6/2018 | 141-1 | No |
| 200. | 898724889 | Harris | Sarah | 7 | Atlanta VAMC | Decatur | GA | CNS/NP | 1/8/2016 | 62-6 | No |
| 201. | 903375939 | Sockol-Guest | Felicia | 19 | Colorado Springs (CBOC) | Maniton Springs | CO | FNP | 10/30/2017 | 123-1 | No |
| 202. | 915328858 | Hixson | Suzanne | 6 | Durham VAMC | Durham | NC | GNP | 10/14/2015 | 50-2 | No |
| 203. | 915790656 | Evans | Dean | 8 | West Palm Beach VAMC | West Palm Beach | FL | PA | 5/10/2017 | 105-4 | No |
| 204. | 917362797 | Bruderer | Marilyn | 1 | Manchester VAMC | Methuen | MA | NP | 8/24/2018 | 151-1 | No |
| 205. | 917526501 | Buncio | Cheryl | 22 | VA Long Beach Healthcare System | Brea | CA | NP | 6/14/2016 | 72-9 | No |
| 206. | 920861613 | Beaumonte | Nicholas | 9 | Tennessee Valley Healthcare System(Athens VA Clinic) | Athens | TN | NP | 12/13/2016 | 91-5 | No |
| 207. | 923467143 | Bangs | Stephanie | 21 | San Francisco VAMC(Santa Rosa CBOC) | Santa Rosa | CA | NP | 7/29/2016 | 78-1 | No |

| Row | Class Member ID | Last Name | First Name | VISN | VA Facility | City | State | Classification | Date Filed | Docket # | Opt-In Form Received by BG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 208. | 925638274 | Bell | Marilyn | 4 | VA Pittsburgh Healthcare System(University Drive Campus) | Oakdale | PA | CNS | 7/29/2016 | 78-2 | No |
| 209. | 927239249 | Dunne | Michelle | 21 | VA Southern Nevada Healthcare System | North Las Vegas | NV | FNP | 7/29/2016 | 78-8 | No |
| 210. | 931450922 | Totman | Daniel | 2 | Albany Stratton VAMC | Red Hook | NY | NP | 10/14/2015 | 52-10 | No |
| 211. | 939771189 | Arkema | Vickie | 23 | Central Iowa HCS(Des Moines/Knoxville, IA) | Oskaloosa | IA | NP | 4/13/2018 | 134-1 | No |
| 212. | 947283060 | Forster | Rick | 22 | New Mexico VA Healthcare System(Raymond G. Murphy VAMC) | Albuquerque | NM | PA-C | 10/14/2015 | 49-7 | No |
| 213. | 952120799 | Vitchayanonda | Lisa | 22 | VA Loma Linda Healthcare System | Riverside | CA | FNP | 1/8/2016 | 63-3 | No |
| 214. | 954488535 | Garner | Sharon | 22 | VA Greater Los Angeles Healthcare Systerm (GLA)(West LA VAMC) | Los Angeles | CA | PA | 7/29/2016 | 79-1 | No |
| 215. | 955063203 | Kropf | Melissa | 2 | Canandaigua VAMC | Bergen | NY | NP | 10/14/2015 | 50-9 | No |
| 216. | 958556554 | Brown | Natasha | 10 | John D. Dingell VA Medical Center | Southfield | MI | NP | 7/6/2018 | 140-1 | No |
| 217. | 964493690 | Gamboa | Gwenn | 6 | Durham VA Medical Center | Morrisville | NC | NP | 10/30/2017 | 123-1 | No |
| 218. | 969466020 | Kazlo | Kelly | 10 | Dayton VAMC | Yellow Springs | OH | NP | 9/9/2016 | 85-2 | No |
| 219. | 977223806 | Allen | Sharon | 7 | Tuscaloosa VA Medical Center | Coker | AL | NP | 6/15/2018 | 139-1 | No |
| 220. | 985195247 | Langley | Michael | 22 | Phoenix VA Health Care System | Mesa | AZ | PA | 12/13/2016 | 95-6 | No |
| 221. | 988695474 | Marcovitz | Leah | 8 | Miami VAMC(Hollywood CBOC) | Fort Lauderdale | FL | FNP | 5/10/2017 | 105-9 | No |
| 222. | 992635825 | Kimbrough | Hazel | 16 | Michael E. DeBakey VAMC(Lufkin VA Outpatient Clinic/CBOC) | Nacogdoches | TX | NP | 9/9/2016 | 85-4 | No |
| 223. | 995745979 | Doyle | Stephen | 1 | VA Maine Healthcare System (Togus) | Winthrop | ME | PA | 7/6/2018 | 140-1 | No |
| 224. | 996830793 | Long | Loy | 17 | West Texas VA Health Care System | Big Spring | TX | NP | 12/13/2016 | 95-9 | No |
| 225. | 999731725 | Kursa | Malgorzata | 17 | North Texas Health Care System(Dallas VAMC(Fort Worth Outpatient Clinic) | Azle | TX | PA | 12/13/2016 | 95-5 | No |
| 226. |  | Kendall | Michael | 6 | Hunter Holmes McGuire VAMC | Richmond | VA | CNS | 9/9/2016 | 85-3 | No |
| 227. |  | O'Toole | Pamela | 7 | Wm. Jennings Bryan Dorn VAMC | Hopkins | SC | FNP | 12/13/2016 | 96-9 | No |
| 228. |  | Paladin | Ann | 1 | Edith Nourse Rogers Veterans Hospital(Gloucester CBOC) | Gloucester | MA | ANP | 10/14/2015 | 51-9 | No |
| 229. |  | Van Embden | Karen | 15 | Robert J. Dole VAMC | Wichita | KS | NP | 12/13/2016 | 98-6 | No |
| 230. |  | Van Mauldin | Timothy | 6 | Salisbury VAMC | Salisbury | NC | PA-C | 10/14/2015 | 53-2 | No |
| 231. |  | Van Over | Mark | 20 | VA Roseburg Healthcare System(North Bend CBOC) | North Bend | OR | NP | 7/29/2016 | 80-4 | No |
| 232. |  | Frey | Cynthia | 6 | Hunter Holmes McGuire VA Medical Center | Glenn Allen | VA | NP | 7/6/2018 | 140-1 | No |