IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHANIE MERCIER, | ) | |
| AUDRICIA BROOKS, | ) | |
| DEBORAH PLAGEMAN, | ) | |
| JENNIFER ALLRED, | ) | |
| MICHELE GAVIN, | ) | Case No. 12-920 C |
| STEPHEN DOYLE on behalf of themselves and all others similarly situated, | ) ) ) | Judge Elaine D. Kaplan |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR STATUS CONFERENCE

Plaintiffs request a status conference pursuant Rule 37 of the Rules of the United States Court of Federal Claims ("RCFC"). A dispute has arisen between the parties as to whether opt-in plaintiffs' social security numbers ("SSNs") are required for the Defendant to gather records responsive to Plaintiffs' request for production of documents ("RFP").

Defendant maintains that without an SSN, Defendant might not be able to determine who opted-in among employees with the same name. Defendant maintains the issue exists also where a name is misspelled, and that without SSNs Defendant cannot fully respond to Plaintiffs' RFP.

Plaintiffs have attempted in good faith to resolve this dispute without Court action. Specifically, Plaintiffs recommended steps Defendant can take to identify opt-ins without the use of SSNs, which Plaintiffs' maintain will be unduly burdensome to gather and will likely cause opt-ins to withdraw from the class. Plaintiffs maintain also that gathering approximately 3,300 SSNs will prevent the parties from meeting the Court's December 31, 2019 discovery deadline.

On April 19 and April 25, 2019, Plaintiffs notified Defendant of their intent to seek a status conference, but Defendant has not responded. Plaintiffs request a status conference, to occur on or before Friday, May 3, 2019, in hopes the Court can assist in resolving this dispute so that Plaintiffs need not move the Court to compel production.

Respectfully Submitted,

William Michael Hamilton
**PROVOST UMPHREY LAW FIRM LLP**
4205 Hillsboro Pike, Suite 303
Nashville, Tennessee 37215
615.297.1932 – phone
615.297.1986 – fax
mhamilton@provostumphrey.com
*Co-Class Counsel for Plaintiffs*

s/ David M. Cook
David M. Cook
**COOK & LOGOTHETIS, LLC**
30 Garfield Place, Suite 540
Cincinnati, Ohio 45202
513.287.6980 – phone
513.721.1178 – fax
dcook@econjustice.com
*Attorney of Record for Plaintiffs/Class Counsel*

Guy Fisher
**PROVOST UMPRHEY LAW FIRM LLP**
490 Park Street
Beaumont, Texas 77701
409.203.5030 – phone
409.838.8888 – fax
gfisher@provostumphrey.com
*Of Counsel for Plaintiffs*

Bennett P. Allen
**COOK & LOGOTHETIS, LLC**
30 Garfield Place, Suite 540
Cincinnati, Ohio 45202
513.287.6987 – phone
513.721.1178 – fax
ctsao@econjustice.com
*Of Counsel for Plaintiffs*

E. Douglas Richards
**E. DOUGLAS RICHARDS, PSC**
Chevy Chase Plaza
836 Euclid Avenue, Suite 321
Lexington, Kentucky 40502
859.259.4983 – phone
866.249.5128 – fax
edrichards714@yahoo.com
*Of Counsel for Plaintiffs*

Robert H. Stropp, Jr.
**MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C.**
1920 L. Street, NW, Suite 400
Washington, DC 20036
202.783.0010 – phone
202.783.6088 – fax
rstropp@hotmail.com
*Of Counsel for Plaintiffs*

| | |
|---|---|
| William H. Narwold<br>**Motley Rice LLC**<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>860.882.1676 – phone<br>860.882.1682 – fax<br>bnarwold@motleyrice.com<br>*Of Counsel for Plaintiffs* | Mathew P. Jasinski<br>**Motley Rice LLC**<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>860.218.2725 – phone<br>860.882.1682 – fax<br>mjasinski@motleyrice.com<br>*Of Counsel for Plaintiffs* |

April 26, 2019

## CERTIFICATE OF SERVICE

    I hereby certify that on April 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for all parties.

                                s/ David M. Cook
                                David M. Cook
                                *Attorney of Record for Plaintiffs*