# In the United States Court of Federal Claims

|  |  |
|---|---|
| STEPHANIE MERCIER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | No. 12-920C <br> (Filed: July 2, 2019) |

## ORDER

Before the Court are the parties' proposed document production schedules (ECF Nos. 178–79), submitted pursuant to the Court's Order of June 7, 2019 (ECF No. 177). Based upon the proposals, the Court hereby adopts the following schedule:

| Document Category | Production Deadline |
|---|---|
| Payroll related records including employee ID numbers, if any used in place of names on any time, work or payroll records | September 3, 2019 |
| Time, work and/or payroll records which show workweek, tour of duty, start and finish times of workweek and/or tour of duty, rates of pay/salaries, hours worked each day and workweek, amounts paid each pay period, hours worked outside tour of duty each workweek or pay period, overtime and/or premium pay paid each pay period, dates of payment and pay periods covered by such payments | October 1, 2019 |
| Tour of duty reports | October 1, 2019 |
| CPRS/VistA electronic notes/signature data | October 1, 2019 |

| | |
|---|---|
| CPRS log-in and log-out records | October 1, 2019 |
| Job descriptions for APRNs and PAs | October 1, 2019 |
| Professional licensing and certification documents | July 22, 2019 |
| View Alert volume records | October 1, 2019 |
| Disciplinary/professional negligence/malfeasance records | October 29, 2019 |

In addition, the close of discovery shall be extended from December 31, 2019 to **March 2, 2020**. The following deadlines are also extended accordingly:

- **December 2, 2019:** Plaintiffs' expert report(s), if any, due.

- **December 31, 2019:** Defendant's expert report(s), if any, due.

- **April 2, 2020:** The parties shall file a joint status report proposing a schedule for further proceedings in this case.

To the extent feasible, the government shall produce documents within each category to Plaintiffs on a rolling basis. The Court expects the VA to assign sufficient personnel to production efforts to meet the deadlines listed above.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge