# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| STEPHANIE MERCIER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 12-920C |
| v. | ) ) | (Filed: June 4, 2020) |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

As discussed at the status conference today, the government's motion to amend the scheduling order is hereby **GRANTED**. ECF No. 190. No further enlargements of time to complete discovery will be allowed. The discovery schedule as amended is as follows:

| | |
|---|---|
| **July 15, 2020** | Plaintiffs' expert report due |
| **August 15, 2020** | The government's expert report due |
| **September 15, 2020** | Discovery closes |

As discussed at the conference, a trial will be held in this case at the beginning of February 2021. The parties are **ORDERED** to file a joint proposed pre-trial schedule that complies with Appendix A, §VI of the Rules of the Court of Federal Claims, no later than June 11, 2020.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge