IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEPHANIE MERCIER, ) <br> AUDRICIA BROOKS, ) <br> DEBORAH PLAGEMAN, ) <br> JENNIFER ALLRED, ) <br> MICHELE GAVIN ) <br> STEPHEN DOYLE, on behalf of ) <br> themselves and all others similarly ) <br> situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | Case No. 12-920 C <br><br> Judge Elaine D. Kaplan |

**PARTIES' PROPOSALS FOR PRETRIAL PROCEDURES AND TRIAL**

Pursuant to this court's Order dated June 4, 2020 (ECF#195), the parties respectfully submit their respective proposals for conclusion of this case, pretrial procedures, and trial date. The parties' have distinct views of application of Appendix A. For that reason each sets forth its proposal separately.

**I. Plaintiffs' Proposal:**

The court has ordered the parties "to file a joint proposed pre-trial schedule that complies with Appendix A, §VI (Case Management Procedure) of the Rules of the Court of Federal Claims." RCFC, Appendix A, §VI sets forth a specific process and the order of events, with specific times between each required event. Plaintiffs' proposal comports directly with the requirements of §VI, Para. 13-18 as set forth. Plaintiffs propose the following pretrial schedule:

1. **December 1, 2020** – Para. 13(a)(b) and (c) "Meeting of Counsel."

2. **December 8, 2020** – Para. 13(d) "Certification" of counsel in compliance with Para. 13(d).

3. **December 15, 2020** – Plaintiffs Para. 14(d) "Proposed Findings of Fact and Conclusions of Law."[1]

4. **December 15, 2020** – Para. 15(a) and (b) (Witness List), 16 (Exhibit List). Plaintiffs' filing of their Exhibits and Witness List concurrent with the Proposed FOF/COL, along with motions for admission of deposition testimony. Para. 15(b).

5. **January 12, 2021** – Defendant's filing of its Proposed FOF/COL, Witness List and Exhibit List, and motions for admission of deposition testimony. (28 days following Plaintiffs' filing, consistent with Para. 14(b).)

6. **January 29, 2021** – Para.17 - Stipulations of Fact filed by the parties.

7. **February 1, 2021** – Final Pretrial Conference with the court.

8. **February 8, 2021** – Trial. Plaintiffs anticipate approximately 9 trial days to the court.

II. **The Government's Proposal:**

   **December 15, 2020:** Plaintiffs file Memorandum of Contentions of Fact and Law, Witness List, Exhibit Lists, and produce Exhibits to Defendants (not Court). Counsel may also propose as Joint Exhibits any core documents that both parties agree should be in evidence

   **January 15, 2021:** Defendants file Memorandum of Contentions of Fact and Law, Witness List, Exhibit List, and produce Exhibits to Plaintiffs (not Court)

---

[1] Plaintiffs request the court "…in lieu of the Memoranda of Contentions of Fact and Law, order the filing of Proposed Findings of Fact and Conclusions of Law, including, at the judge's direction, annotations to the exhibits or witnesses on which the party will rely to prove the findings." Plaintiffs specifically request the Proposed FOF/COL be substituted in place of the Memorandum of Contentions of Fact and Law under Para. 14(a). The Proposed FOF/COL would include "a statement of the issues of fact and law to be resolved by the court…set forth in sufficient detail to enable the court to resolve the case in its entirety by addressing each of the issues listed" as contemplated by Para. 14(a)(2). Objections to the opposing party's witnesses or exhibits (as disclosed on December 1 in the Meeting of Counsel) would be addressed in a separate motion filed with the Proposed FOF/COL, as contemplated by Para. 14(a)(3).

**Week of January 18-22:** Counsel Meet and Confer regarding stipulations of uncontested material facts and objections, if any, to exhibits

**January 25, 2021: Parties file certification that they have met and and accomplished all of the matters required by paragraph 13 of Appendix A.**

**January 29, 2021:** Parties file joint stipulation of uncontested material facts and objections (if any) to exhibits.

All pretrial or dispositive motions shall be filed sufficiently in advance of trial to allow for a response brief and reply thereto, and full consideration by the Court. The pendency of pretrial or dispositive motions will not under any circumstances serve to delay the start of trial.

**February 1, 2021:** Final Pre-Trial Conference

**February 8, 2021:** Trial

                                             Respectfully Submitted,

| | |
|---|---|
| s/ David M. Cook | JOSEPH H. HUNT |
| David M. Cook | Assistant Attorney General |
| **COOK & LOGOTHETIS, LLC** | |
| 30 Garfield Place, Suite 540 | ROBERT E. KIRSCHMAN, JR. |
| Cincinnati, Ohio 45202 | Director |
| 513.287.6980 – phone | |
| 513.721.1178 – fax | s/ Reginald T. Blades, Jr. |
| dcook@econjustice.com | REGINALD T. BLADES, JR. |
| *Attorney of Record for Plaintiffs/Class Counsel* | Assistant Director |
| | s/P. Davis Oliver |
| William Michael Hamilton | P. DAVIS OLIVER |
| **PROVOST UMPHREY LAW FIRM LLP** | Senior Trial Counsel |
| 4205 Hillsboro Pike, Suite 303 | Commercial Litigation Branch |
| Nashville, Tennessee 37215 | Civil Division |
| 615.297.1932 – phone | Department of Justice |
| 615.297.1986 – fax | P.O. Box 480 |
| mhamilton@provostumphrey.com | Ben Franklin Station |
| *Co-Class Counsel for Plaintiffs* | Washington, D.C. 20044 |
| | Telephone: (202) 353-0516 |
| | Fax: (202) 307-0972 |
| | P.Davis.Oliver@usdoj.gov |
| | *Attorney for Defendant* |

Bennett P. Allen
**COOK & LOGOTHETIS, LLC**
30 Garfield Place, Suite 540
Cincinnati, Ohio 45202
513.287.6992 – phone
513.721.1178 – fax
ballen@econjustice.com
*Of Counsel for Plaintiffs*

Guy Fisher
**PROVOST UMPRHEY LAW FIRM LLP**
490 Park Street
Beaumont, Texas 77701
409.203.5030 – phone
409.838.8888 – fax
gfisher@provostumphrey.com
*Of Counsel for Plaintiffs*

E. Douglas Richards
**E. DOUGLAS RICHARDS, PSC**
Chevy Chase Plaza
836 Euclid Avenue, Suite 321
Lexington, Kentucky 40502
859.259.4983 – phone
866.249.5128 – fax
edrichards714@yahoo.com
*Of Counsel for Plaintiffs*

Robert H. Stropp, Jr.
**MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C.**
1920 L. Street, NW, Suite 400
Washington, DC 20036
202.783.0010 – phone
202.783.6088 – fax
rstropp@hotmail.com
*Of Counsel for Plaintiffs*

William H. Narwold
**Motley Rice LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860.882.1676 – phone
860.882.1682 – fax
bnarwold@motleyrice.com
*Of Counsel for Plaintiffs*

Mathew P. Jasinski
**Motley Rice LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860.218.2725 – phone
860.882.1682 – fax
mjasinski@motleyrice.com
*Of Counsel for Plaintiffs*

June 11, 2020

## CERTIFICATE OF SERVICE

    I hereby certify that on June 11, 2020, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to counsel for all parties.

s/David M. Cook
David M. Cook
