# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| STEPHANIE MERCIER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 12-920C |
| v. | ) | (Filed: June 30, 2020) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court is in receipt of the parties' proposed pretrial schedules. ECF No. 196. The Court adopts the schedule proposed by the Plaintiff, which is consistent with the procedures outlined in Appendix A, §VI to the Rules of the Court of Federal Claims ("RCFC Appendix A"). Plaintiffs have also requested that the parties be permitted to file Proposed Findings of Fact and Conclusions of Law "in lieu of the Memoranda of Contentions of Fact and Law" referenced in Rule 14(d) of RCFC Appendix A. The Court sees no difference between "Contentions of Fact and Law" and "Proposed Findings of Fact and Law," and so denies this request. It agrees, however, that the parties should support all contentions of fact with citation to the witnesses and documents that support each contention. The schedule going forward in this case is as follows:

| | |
|---|---|
| **December 1, 2020** | Meeting of Counsel, ¶13. |
| **December 8, 2020** | Parties shall file a Joint Certification, ¶13(d). |
| **December 15, 2020** | Plaintiff shall file: a Memorandum of Contentions of Fact and Law with citation to the witnesses and/or documents that support each contention of fact, ¶14(d); Witness List, ¶15; Exhibit List, ¶16; any motions for admission of deposition testimony, ¶15(b). |
| **January 12, 2021** | Defendant shall file: its Memorandum of Contentions of Fact and Law, with supporting citations, ¶14(d); Witness List, ¶15; Exhibit List, ¶16; and motions for admission of deposition testimony. ¶15(b). |
| **January 19, 2021** | Parties shall file any motions in limine. |
| **January 26, 2021** | Parties shall file responses to motions in limine. |
| **January 29, 2021** | Parties shall file stipulations of fact. ¶17. |

**February 1, 2021**     Final Pretrial Conference with the court.

**February 8, 2021**     Trial.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge
