# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| STEPHANIE MERCIER, et al., | ) | |
| Plaintiffs, | ) ) ) ) | No. 12-920C |
| v. | ) ) | (Filed: August 26, 2020) |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For good cause shown, the parties' joint motion (ECF No. 198) to amend the Court's June 4, 2020 Scheduling Order is **GRANTED**. The discovery schedule is amended as follows:

**October 1, 2020**     Fact discovery closes.

**October 16, 2020**    Expert discovery closes

IT IS SO ORDERED.

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge