# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| STEPHANIE MERCIER, et al., | ) | |
| Plaintiffs, | ) ) ) | No. 12-920C |
| v. | ) ) | (Filed: October 7, 2020) |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) ) ) | |

**O R D E R**

The court is in receipt of Plaintiff's unopposed motion to schedule a status conference in this case.  ECF No. 200.  Plaintiffs' motion is **GRANTED**.  Accordingly, the court hereby schedules a status conference for **Thursday, October 8, 2020 at 3:00 PM EST.**  Counsel for each party shall appear via telephone.  Counsel will be contacted in advance of the status conference via email with the AT&T Reservationless Conferencing Service dial-in instructions.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan<br>
ELAINE D. KAPLAN<br>
Judge