# In the United States Court of Federal Claims

| | |
|---|---|
| STEPHANIE MERCIER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | No. 12-920C<br>(Filed: October 13, 2020) |

## ORDER

At the status conference held last week, the parties identified a dispute about whether employees of certain Veterans Affairs facilities in Montana are class members in this action. To aid the Court in resolving this dispute, the parties are **ORDERED** to file simultaneous briefs explaining their positions on this matter, which shall be no more than ten pages each and must be filed by **Tuesday, October 27, 2020**. The response briefs shall be no more than five pages each and are due one week later on **Tuesday, November 3, 2020**.

IT IS SO ORDERED.

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge