# In the United States Court of Federal Claims

|  |  |
|---|---|
| STEPHANIE MERCIER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | No. 12-920C<br>(Filed: October 15, 2020) |

## SCHEDULING ORDER

The Court is in receipt of the parties' proposed amended discovery and pretrial schedules. ECF No. 206. The Court adopts the schedule proposed by the parties. The schedule going forward in this case is as follows:

| | |
|---|---|
| **November 11, 2020** | Plaintiffs' expert report due. |
| **December 2, 2020** | Defendant's expert report is due twenty-one days following service of Plaintiff's expert report but no later than December 2, 2020. |
| **December 8, 2020** | Deposition of Plaintiffs' expert. |
| **December 10, 2020** | Deposition of Defendant's expert. |
| **January 5, 2021** | Meeting of Counsel, RCFC, App. A, ¶ 13. |
| **February 2, 2021** | Plaintiffs shall file: a Memorandum of Contentions of Fact and Law with citation to the witnesses and/or documents that support each contention of fact, RCFC, App. A, ¶ 14(d); Witness List, id. ¶ 15; Exhibit List, id. ¶ 16; any motions for admission of deposition testimony, id. ¶ 15 (b). |
| **February 9, 2021** | Defendant shall file: its Memorandum of Contentions of Fact and Law, with supporting citations, RCFC, App. A, ¶ 14(d); Witness List, id. ¶ 15; Exhibit List, id. ¶ 16; and motions for admission of deposition testimony, id. ¶ 15(b). |
| **February 16, 2021** | Final Pretrial Conference with the Court. |
| **February 22, 2021** | Trial. |

2

    Finally, the Court notes that at the status conference last week there was a discussion about whether the case should be referred to a settlement judge for Alternate Dispute Resolution. The Court has identified a judge who would be available to conduct ADR in mid-December, after discovery is complete. The Court will schedule a status conference after discovery is complete to gauge whether ADR would be productive.

    **IT IS SO ORDERED.**

    s/ Elaine D. Kaplan
    ELAINE D. KAPLAN
    Judge