## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STEPHANIE MERCIER,
AUDRICIA BROOKS,
DEBORAH PLAGEMAN,
JENNIFER ALLRED,
MICHELLE GAVIN,
STEPHEN DOYLE, on behalf of themselves
And all others similarly situated,

        Plaintiffs,

v.   No. 12-920C
        (Judge Kaplan)

THE UNITED STATES,

        Defendant.

### JOINT STATUS REPORT

Pursuant to the Court's November 12, 2020 Order, plaintiffs and defendant, the United States, respectfully submit the following report regarding the conduct of trial.

Following the parties' meet and confer, the plaintiffs and the defendant agree that the entire trial should be held via videoconference.  We look forward to discussing the logistics of the videoconference trial with the Court during the December 11 status conference.

        Respectfully submitted,

        JEFFREY BOSSERT CLARK
        Acting Assistant Attorney General

s/ David M. Cook_
DAVID M. COOK, Esq.        ROBERT E. KIRSCHMAN, JR.
COOK & LOGOTHETIS, LLC        Director
30 Garfield Place, Suite 540
Cincinnati, OH 45202        s/ Reginald T. Blades, Jr.
Tel:  513-287-6980        REGINALD T. BLADES, JE.

1

Fax:  513-721-178
Email: dcook@econjustice.com

Counsel of Record for
Plaintiffs.

Assistant Director

s/ P. Davis Oliver
P. DAVIS OLIVER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-0516
Fax: (202) 514-8624


Attorneys for Defendant

December 7, 2020