# In the United States Court of Federal Claims

| | |
|---|---|
| STEPHANIE MERCIER, et al., )<br>)<br>Plaintiffs, )<br>) No. 12-920C<br>v. ) (Filed: December 14, 2020)<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | |

**ORDER**

The parties have requested that the Court refer this case to the court's Alternate Dispute Resolution ("ADR") program. Senior Judge Marian Blank Horn has agreed to serve as the settlement judge in this case.

Therefore, the Court hereby **TRANSFERS** this case to Senior Judge Horn solely for the purpose of engaging in settlement negotiations pursuant to Rules of the Court of Federal Claims, Appendix H. If the parties are unable to settle the case, they shall file a joint status report within two weeks of completing mediation, in which they shall propose a schedule to govern further proceedings in the case.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge