# In the United States Court of Federal Claims

| | |
|---|---|
| STEPHANIE MERCIER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | No. 12-920C<br>(Filed: January 8, 2021) |

**ORDER**

In light of the parties' representation that they have reached a settlement in principle, the Court hereby **VACATES** the existing scheduling orders, ECF Nos. 207, 225, and **CANCELS** the trial set to begin on February 22, 2021. Additionally, the Court orders the parties to file a joint status report by January 29, 2021, and every 30 days thereafter, apprising the Court of the progress that has been made to secure approval of the settlement agreement by the appropriate officials of the Justice Department.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan<br>
ELAINE D. KAPLAN<br>
Judge