## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

STEPHANIE MERCIER,
AUDRICIA BROOKS,
DEBORAH PLAGEMAN,
JENNIFER ALLRED,
MICHELLE GAVIN,
STEPHEN DOYLE, on behalf of themselves
And all others similarly situated,

                Plaintiffs,

    v.                                    No. 12-920C
                                       (Judge Kaplan)

THE UNITED STATES,

                Defendant.

_____

### <u>JOINT STATUS REPORT</u>

Pursuant to the Court's January 8, 2021 Order, plaintiffs and defendant, the United States, respectfully submit the following status report.  Following mediation, the parties reached an agreement in principle to settle this litigation.  Drafting the terms of the agreement in principle to craft a proposed settlement agreement is under active consideration within the appropriate channels of the Department of Justice.  In furtherance of that process, counsel for the Government has produced payroll documentation to plaintiffs' counsel in connection with the parties working out details concerning payment allocation that are a component of the proposed settlement.  Per the Court's Order, the parties will provide the Court with further update within 30 days of this report.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

s/  W. Michael Hamilton
W. MICHAEL HAMILTON, Esq.                ROBERT E. KIRSCHMAN, JR.
PROVOST UMPHREY LAW FIRM                 Director
4205 Hillsboro Pike, Suite 303
Nashville, Tennessee 37215               s/ Reginald T. Blades, Jr.
Tel:    615-297-1932                     REGINALD T. BLADES, JR.
Fax:    615-297-1986                     Assistant Director
Email: mhamilton@provostumphrey.com
                                         s/ P. Davis Oliver
                                         P. DAVIS OLIVER
Counsel of Record for                    Senior Trial Counsel
Plaintiffs.                              Commercial Litigation Branch
                                         Civil Division
                                         Department of Justice
                                         P.O. Box 480
                                         Ben Franklin Station
                                         Washington, D.C. 20044
                                         Tel: (202) 353-0516
                                         Fax: (202) 514-8624


                                         Attorneys for Defendant


January 29, 2021