## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

STEPHANIE MERCIER,
AUDRICIA BROOKS,
DEBORAH PLAGEMAN,
JENNIFER ALLRED,
MICHELLE GAVIN,
STEPHEN DOYLE, on behalf of themselves
And all others similarly situated,

           Plaintiffs,

v.                                             No. 12-920C
                                                      (Judge Kaplan)

THE UNITED STATES,

           Defendant.

_____

## JOINT STATUS REPORT

Pursuant to the Court's January 8, 2021 Order, plaintiffs and defendant, the United States, respectfully submit the following status report. Following mediation, the parties reached an agreement in principle to settle this litigation. The proposed settlement is under active consideration within the appropriate channels of the Department of Justice. Since our last status report, the parties have exchanged drafts of a proposed settlement agreement and are in the process of finalizing the terms of that agreement. Per the Court's Order, the parties will provide the Court with further update within 30 days of this report.

                                                        Respectfully submitted,

                                                        BRIAN M. BOYNTON
                                                        Acting Assistant Attorney General

s/ W. Michael Hamilton
W. MICHAEL HAMILTON, Esq.        ROBERT E. KIRSCHMAN, JR.

PROVOST UMPHREY LAW FIRM
4205 Hillsboro Pike, Suite 303
Nashville, Tennessee 37215
Tel: 615-297-1932
Fax: 615-297-1986
Email: mhamilton@provostumphrey.com

Counsel of Record for
Plaintiffs.

Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ P. Davis Oliver
P. DAVIS OLIVER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-0516
Fax: (202) 514-8624


Attorneys for Defendant

March 1, 2021