# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STEPHANIE MERCIER,
AUDRICIA BROOKS,
DEBORAH PLAGEMAN,
JENNIFER ALLRED,
MICHELLE GAVIN,
STEPHEN DOYLE, on behalf of themselves
And all others similarly situated,

        Plaintiffs,

v.                               No. 12-920C
                                     (Judge Kaplan)

THE UNITED STATES,

        Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's January 8, 2021 Order, plaintiffs and defendant, the United States, respectfully submit the following status report. Following mediation, the parties reached an agreement in principle to settle this litigation. Since our last status report, the proposed settlement has been reviewed at increasingly higher levels of authority within the Department of Justice and remains under active consideration. Per the Court's Order, the parties will provide the Court with further update within 30 days of this report.

                                     Respectfully submitted,

                                     BRIAN M. BOYNTON
                                     Acting Assistant Attorney General

s/ W. Michael Hamilton
W. MICHAEL HAMILTON, Esq.        ROBERT E. KIRSCHMAN, JR.
PROVOST UMPHREY LAW FIRM     Director
4205 Hillsboro Pike, Suite 303

| | |
|---|---|
| Nashville, Tennessee 37215<br>Tel:   615-297-1932<br>Fax:  615-297-1986<br>Email: mhamilton@provostumphrey.com<br><br>Counsel of Record for<br>Plaintiffs. | s/ Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director<br><br>s/ P. Davis Oliver<br>P. DAVIS OLIVER<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 353-0516<br>Fax: (202) 514-8624<br><br><br>Attorneys for Defendant |

March 31, 2021