## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STEPHANIE MERCIER,
AUDRICIA BROOKS,
DEBORAH PLAGEMAN,
JENNIFER ALLRED,
MICHELLE GAVIN,
STEPHEN DOYLE, on behalf of themselves
And all others similarly situated,

        Plaintiffs,

v.    No. 12-920C
    (Judge Kaplan)

THE UNITED STATES,

        Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's January 8, 2021 Order, plaintiffs and defendant, the United States, respectfully submit the following status report. Following mediation, the parties reached an agreement in principle to settle this litigation. Since our last status report, the proposed settlement has been reviewed at upper levels within the Department of Justice and remains under active consideration. Per the Court's Order, the parties will provide the Court with further update within 30 days of this report.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

s/ W. Michael Hamilton
W. MICHAEL HAMILTON, Esq.    MARTIN F. HOCKEY, JR.
PROVOST UMPHREY LAW FIRM    Acting Director
4205 Hillsboro Pike, Suite 303

<table>
<tr><td>

Nashville, Tennessee 37215  
Tel:  615-297-1932  
Fax:  615-297-1986  
Email: mhamilton@provostumphrey.com

Counsel of Record for
Plaintiffs.

</td><td>

s/ Reginald T. Blades, Jr.  
REGINALD T. BLADES, JR.  
Assistant Director

s/ P. Davis Oliver  
P. DAVIS OLIVER  
Senior Trial Counsel  
Commercial Litigation Branch  
Civil Division  
Department of Justice  
P.O. Box 480  
Ben Franklin Station  
Washington, D.C. 20044  
Tel: (202) 353-0516  
Fax: (202) 514-8624


Attorneys for Defendant

</td></tr>
</table>

April 30, 2021