IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

STEPHANIE MERCIER,
AUDRICIA BROOKS,
DEBORAH PLAGEMAN,
JENNIFER ALLRED,
MICHELLE GAVIN,
STEPHEN DOYLE, on behalf of themselves
And all others similarly situated,

        Plaintiffs,

v.     No. 12-920C
      (Judge Kaplan)

THE UNITED STATES,

        Defendant.

_____

## UPDATED STATUS REPORT

The defendant, the United States, respectfully provides the following update to the status report that we filed on June 14, 2021. Since the filing of our status report, the Acting Assistant Attorney General has forwarded the settlement recommendation memo to the final-decision maker, the Associate Attorney General for review.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARTIN F. HOCKEY, JR.
Acting Director

                                                  <u>s/ Reginald T. Blades, Jr.</u>
                                                  REGINALD T. BLADES, JR.
                                                  Assistant Director

                                                  <u>s/ P. Davis Oliver</u>
                                                  P. DAVIS OLIVER
                                                  Senior Trial Counsel
                                                  Commercial Litigation Branch
                                                  Civil Division
                                                  Department of Justice
                                                  P.O. Box 480
                                                  Ben Franklin Station
                                                  Washington, D.C. 20044
                                                  Tel: (202) 353-0516
                                                  Fax: (202) 514-8624


                                                  Attorneys for Defendant

June 15, 2021