# In the United States Court of Federal Claims

| | |
|---|---|
| STEPHANIE MERCIER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 12-920C<br>(Filed: July 7, 2021) |

**ORDER**

The court hereby schedules a status conference for **Friday, July 9, 2021 at 2:00 PM EST.** At the status conference, government counsel shall be prepared to provide specific information about the status of the process for reviewing the parties' tentative settlement agreement, including a timetable for completion of that review. Counsel for each party shall appear via telephone. Counsel will be contacted in advance of the status conference via email with the AT&T Reservationless Conferencing Service dial-in instructions.

   **IT IS SO ORDERED.**

s/ Elaine D. Kaplan<br>
ELAINE D. KAPLAN<br>
Chief Judge