IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

STEPHANIE MERCIER,
AUDRICIA BROOKS,
DEBORAH PLAGEMAN,
JENNIFER ALLRED,
MICHELLE GAVIN,
STEPHEN DOYLE, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

v.                                              No. 12-920C

                                                (Judge Kaplan)

THE UNITED STATES OF AMERICA,

        Defendant.

_____

## NOTICE

This will advise that counsel for Plaintiff has been notified that the Associate Attorney General has now approved the settlement agreement between Plaintiffs and the United States which obviates the need for the Status Conference scheduled for Friday, July 9, 2021 at 2:00 pm EDT to discuss the Department of Justice's approval of the Parties' tentative settlement agreement.

                                                        Respectfully Submitted,

                                                        /s/ Michael Hamilton

Guy Fisher
**PROVOST UMPHREY LAW FIRM LLP**
490 Park Street
Beaumont, TX 77701
409.203.5030--phone
gfisher@provostumphrey.com
*Co-counsel for Plaintiffs*

Michael Hamilton
**PROVOST UMPHREY LAW FIRM LLP**
425 Hillsboro Pike, Suite 303
Nashville, TN 37215
615.297.1932—phone
mhamilton@provostumphrey.com
*Counsel for Plaintiffs*

Robert H. Stropp, Jr.
**MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C.**
1920 L. Street, NW, Suite 400
Washington, DC 20036
202.783.0010--phone
rstropp@hotmail.com
*Co-counsel for Plaintiffs*

William H. Narwold
Mathew P. Jasinski
**MOTLEY RICE LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860.882.1676--phone
bnarwold@motleyrice.com
mjasinski@motleyrice.com
*Co-counsel for Plaintiffs*

E. Douglas Richards
**E. DOUGLAS RICHARDS, PSC**
Chevy Chase Plaza
836 Euclid Avenue, Suite 321
Lexington, KY 40502
859.259.4983--phone
edrichards714@yahoo.com
*Co-counsel for Plaintiffs*

Bennett P. Allen
**COOK, ALLEN & LOGOTHETIS, LLC**
30 Garfield Place, suite 540
Cincinnati, OH 45202
513.287.6992---phone
ballen@econjustice.com
*Co-counsel for Plaintiffs*

I hereby certify that on July 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for all parties.

/s/ Michael Hamilton